# United States Court of Appeals for the Federal Circuit

July 14, 2009

ERRATA

Appeal No. 2009-3133

MACHULAS v. AIR FORCE

Decided:  July 13, 2009                     Nonprecedential Opinion

Please make the following change:

Page 2 line 20 before "presented" insert --his employer--.